Ronald A. Van Wert, WSBA #32050
Megan M. Clark, WSBA #46505
ETTER, McMAHON, LAMBERSON,
VAN WERT & ORESKOVICH, P.C.
618 West Riverside Avenue, Suite 210
Spokane, WA  99201
(509) 747-9100
(509) 623-1439 Fax
Email: rvw@ettermcmahon.com
Email: mclark@ettermcmahon.com
Attorneys for Defendant

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KEVIN GODDARD and ERIC SMITH, on behalf of themselves and all others similarly situated,<br><br>            Plaintiffs,<br><br>vs.<br><br>JUBILANT HOLLISTERSTIER, LLC, a Delaware Corporation, d/b/a Hollister-Stier Laboratories, LLC,<br><br>           Defendant. | No.<br><br>DEFENDANT JUBILANT HOLLISTERSTIER, LLC'S NOTICE OF REMOVAL (CLASS ACTION FAIRNESS ACT)<br><br>Spokane County Superior Court Case No. 20-2-06175-32 |

To:  Clerk of the Court

And to: Plaintiffs and their Counsel of Record

DEFENDANT JUBILANT
HOLLISTERSTIER, LLC'S
NOTICE OF REMOVAL
(CLASS ACTION FAIRNESS ACT)
Page 1

ETTER, McMAHON, LAMBERSON,
VAN WERT & ORESKOVICH, P.C.
618 WEST RIVERSIDE AVENUE, SUITE 210
SPOKANE, WASHINGTON 99201   (509) 747-9100

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
29
30
31
32

Defendant Jubilant HollisterStier, LLC ("Jubilant") hereby gives notice that it is removing the above captioned matter, originally filed in the Spokane County Superior Court, Cause No. 20-2-06175-32, to the United States District Court for the Eastern District of Washington. Removal is made pursuant to 28 U.S.C. §§ 1332, 1441, 1446 and 1453 based the grounds detailed herein.

1. Jubilant removes this action pursuant to the Class Action Fairness Act ("CAFA"), *see* 28 U.S.C. §§ 1332(d) and 1453, on the basis that: (1) this is a proposed class action as defined by 28 U.S.C. § 1332(d)(1)(B); (2) at least one Plaintiff is a citizen of a different state than Jubilant, which is a Delaware company with a principal place of business in Pennsylvania; thus, diversity is established per 28 U.S.C. § 1332(d)(2)(A); (3) the number of class members is purported by Plaintiffs to be greater than the 100 member prerequisite established by 28 U.S.C. § 1332(d)(5)(B); and (4) the aggregate amount in controversy exceeds $5,000,000, exclusive of interest and costs as required by 28 U.S.C. § 1332(d)(2).

2. On December 23, 2022, Plaintiffs served Jubilant with *Plaintiffs' Motion to Certify Class Action* ("Motion") and *Memorandum in Support*

DEFENDANT JUBILANT
HOLLISTERSTIER, LLC'S
NOTICE OF REMOVAL
(CLASS ACTION FAIRNESS ACT)
Page 2

ETTER, MᶜMAHON, LAMBERSON,
VAN WERT & ORESKOVICH, P.C.
618 WEST RIVERSIDE AVENUE, SUITE 210
SPOKANE, WASHINGTON 99201   (509) 747-9100

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
29
30
31
32

*of Plaintiffs' Motion to Certify Class Action* ("Memorandum"). Accompanying the Plaintiffs' Motion and Memorandum were nine declarations from former employees of Jubilant, whose names and assertions had not been previously disclosed to Jubilant. Pursuant to 28 U.S.C. § 1446(a), a copy of all process, pleadings, and orders served on Jubilant in the State court action are attached hereto as Exhibit A.

3. On December 23, 2022, Plaintiffs' Memorandum and the supporting declarations for the first time provided sufficient facts from which Jubilant could determine the amount in controversy exceeds $5 million. Thus, removal of this matter is timely as Jubilant is filing the removal within 30 days after service of a motion "from which it may first be ascertained that the case is one which is or has become removable." 28 U.S.C. § 1446(b)(3); *see Jordan v. Nationstar Mortgage LLC*, 781 F.3d 1178, 1184 (9th Cir. 2015) ("A case becomes 'removable' for purposes of section 1446 when the CAFA ground for removal is disclosed.")

4. Contemporaneous with this Notice of Removal, Jubilant will serve written notice on Plaintiffs and file a copy of this Notice with the Clerk of the Spokane County Superior Court. Accordingly, the removal of

DEFENDANT JUBILANT
HOLLISTERSTIER, LLC'S
NOTICE OF REMOVAL
(CLASS ACTION FAIRNESS ACT)
Page 3

ETTER, McMAHON, LAMBERSON,
VAN WERT & ORESKOVICH, P.C.
618 WEST RIVERSIDE AVENUE, SUITE 210
SPOKANE, WASHINGTON 99201   (509) 747-9100

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
29
30
31
32

this action terminates all proceedings in Spokane County Superior Court. *See* 28 U.S.C. § 1446(d).

## PROPOSED CLASS ACTION

5. "Class action" is defined, in relevant part, under 28 U.S.C. § 1332 (d)(1)(B) as "any civil action filed under rule 23 of the Federal Rules of Civil Procedure or similar State statute." Plaintiffs filed this matter as a proposed class action. *See* Ex. A-16-18 (*Compl*. ¶¶ 1.4, 3.2-3.10). Plaintiffs subsequently filed a *Motion to Certify Class Action* on December 23, 2022, pursuant to Washington Rule of Civil Procedure 23. Ex. A-141. Therefore, this matter is a proposed "class action" under CAFA.

## MINIMAL DIVERSITY

6. Per 28 U.S.C. § 1332(d)(2)(A), a district court has original jurisdiction of any civil action in which "any member of a class of plaintiffs is a citizen of a State different from any defendant." As alleged in Plaintiffs' Complaint, Plaintiffs Kevin Goddard and Eric Smith are residents of Spokane County, Washington. Ex. A-15 (*Compl*. ¶¶ 1.1 & 1.2). Jubilant is a Delaware company (as Plaintiffs acknowledge in their

DEFENDANT JUBILANT
HOLLISTERSTIER, LLC'S
NOTICE OF REMOVAL
(CLASS ACTION FAIRNESS ACT)
Page 4

ETTER, M<sup>c</sup>MAHON, LAMBERSON,
VAN WERT & ORESKOVICH, P.C.
618 WEST RIVERSIDE AVENUE, SUITE 210
SPOKANE, WASHINGTON 99201   (509) 747-9100

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
29
30
31
32

Complaint, Ex. A-16, ¶ 1.5) with its principal place of business in Yardley, Pennsylvania.  In its Memorandum, Plaintiffs further identify Jubilant as a "foreign limited liability company." Ex. A-145 (*Memo. in Supp. of Pls.' Mot. to Certify Class Action* at 2).  Thus, diversity of citizenship is established in conformance with 28 U.S.C. § 1332(d)(2)(A).

## The Putative Class is Greater than 100

7. The number of class members is asserted in Plaintiffs' Memorandum as "at least 400 non-exempt, hourly employees" working between June 2016 and the present, which is greater than the 100-member prerequisite established by 28 U.S.C. § 1332(d)(5)(B). Ex. A-145 (*Memo. in Supp. of Pls.' Mot. to Certify Class Action* at 2).

## The Amount in Controversy is Over $5,000,000

8. "In any class action, the claims of the individual class members shall be aggregated to determine whether the matter in controversy exceeds the sum or value of $5,000,000, exclusive of interest and costs." 28 U.S.C. § 1332(d)(6). "The notice of removal 'need include only a plausible allegation that the amount in controversy exceeds the jurisdictional

DEFENDANT JUBILANT
HOLLISTERSTIER, LLC'S
NOTICE OF REMOVAL
(CLASS ACTION FAIRNESS ACT)
Page 5

ETTER, McMAHON, LAMBERSON,
VAN WERT & ORESKOVICH, P.C.
618 WEST RIVERSIDE AVENUE, SUITE 210
SPOKANE, WASHINGTON 99201   (509) 747-9100

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
29
30
31
32

threshold,' and need not contain evidentiary submissions." *Fritsch v. Swift Transp. Co. of Arizona, LLC*, 899 F.3d 785, 788 (9th Cir. 2018) (quoting *Dart Cherokee Basin Operating Co., LLC v. Owens*, 574 U.S. 81, 89, 135 S. Ct. 547, 554, 190 L.Ed.2d 495 (2014)).  The amount in controversy is the "amount at stake in the underlying litigation," including "damages (compensatory, punitive, or otherwise), the costs of complying with an injunction, and attorneys' fees awarded under fee-shifting statutes or contract." *Fritsch*, 899 F.3d at 793.

9.  In their Memorandum, Plaintiffs assert a class of "all former and/or current non-exempt, hourly employees who work, or have worked, for Jubilant at the Spokane, Washington location from June 2016 until the date of trial who: 1) were not paid for all hours worked, 2) were not paid overtime for all hours worked over 40 hours in a work week, and 3) were not provided a meaningful opportunity to take a rest break or meal break in accordance with Washington law." Ex. A-145.  Plaintiffs further assert "a good faith belief that at least 400 non-exempt, hourly employees worked at the Jubilant location in Spokane, Washington during the relevant class period." *Id*.  Plaintiffs allege that "Jubilant

DEFENDANT JUBILANT
HOLLISTERSTIER, LLC'S
NOTICE OF REMOVAL
(CLASS ACTION FAIRNESS ACT)
Page 6

ETTER, MᶜMAHON, LAMBERSON,
VAN WERT & ORESKOVICH, P.C.
618 WEST RIVERSIDE AVENUE, SUITE 210
SPOKANE, WASHINGTON 99201   (509) 747-9100

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
29
30
31
32

consistently fails to provide timely breaks and frequently does not give

them at all."  Ex. A-148.

10. Plaintiffs allege statutory exemplary damages of "two times the unpaid

wages" in their Complaint. Ex. A-21 (*Compl. ¶ 8.3).* Plaintiffs also

allege attorney's fees per a fee-shifting statute. *Id.*, ¶ 8.5.

11. Because double damages are alleged, to show an amount in controversy

of $5,000,000, the threshold amount of lost wages is $2,500,000.  This

threshold amount of lost wages is reduced further when accounting for

attorney fees, including future attorney fees.  *See Fritsch*, 899 F.3d at

794 ("a court must include future attorneys' fees recoverable by statute

or contract when assessing whether the amount-in-controversy

requirement is met").

12. Based on 400 employees, which is at the low end of the class members

Plaintiffs estimate "in good faith," $2,500,000 in lost wages would be

achieved with $6,250 in lost wages per employee.  Plaintiffs allege in

their Memorandum a class period exceeding 6.5 years. *See* Ex. A-145

("...from June 2016 until the date of trial."). With its Memorandum,

Plaintiffs filed nine declarations from former employees of Jubilant.

DEFENDANT JUBILANT
HOLLISTERSTIER, LLC'S
NOTICE OF REMOVAL
(CLASS ACTION FAIRNESS ACT)
Page 7

ETTER, McMAHON, LAMBERSON,
VAN WERT & ORESKOVICH, P.C.
618 WEST RIVERSIDE AVENUE, SUITE 210
SPOKANE, WASHINGTON 99201    (509) 747-9100

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
29
30
31
32

The former employees declare that they received at most one break per shift, which were untimely when given, and, frequently, they received no breaks. *See* Ex. A-274 (*Decl. of Ridwan Mohammed* at ¶¶ 5 & 7); Ex. A-271 (*Decl. of Peter Crouch* at ¶ 7); Ex. A-267 (*Decl. of Nicole Nielsen* at ¶ 3); Ex. A-188 (*Decl. of Michelle Amity* at ¶ 4); Ex. A-184 (*Decl. of Jeannette Nelson* at ¶¶ 3 & 4); Ex. A-177 (*Decl. of Debesai Debesai* at ¶¶ 6 & 10); Ex. A-172 (*Decl. of Bryan Dugdale* at ¶ 3); Ex. A-167 (*Decl. of Ally Peterson* at ¶ 4). The declarants worked at Jubilant for multiple years. (Ridwan Mohammed—3.5 years, *see* Ex. A-274, ¶ 2; Peter Crouch—9 years, Ex. A-270, ¶ 2; Nicole Nielsen—4.5 years, Ex. A-267, ¶ 2; Michelle Amity—1.25 years, Ex. A-187, ¶ 2; Jeannette Nelson—3 years, Ex. A-183, ¶ 2; Debesai Debesai—3 years, Ex. A-176, ¶ 2; Bryan Dugdale—5 years, Ex. A-171, ¶ 2; Ally Peterson—7 years, Ex. A-166, ¶ 2; Edward Van Nostrand—10 years, Ex. A-180, ¶ 2). Based on the foregoing, Plaintiffs allege multiple hours of lost rest and meal breaks each week over multiple years along with the loss of associated overtime for at least 400 employees. As such, the alleged aggregated damages and fees sought by Plaintiffs surpass CAFA's

DEFENDANT JUBILANT
HOLLISTERSTIER, LLC'S
NOTICE OF REMOVAL
(CLASS ACTION FAIRNESS ACT)
Page 8

ETTER, McMAHON, LAMBERSON,
VAN WERT & ORESKOVICH, P.C.
618 WEST RIVERSIDE AVENUE, SUITE 210
SPOKANE, WASHINGTON 99201   (509) 747-9100

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
29
30
31
32

$5,000,000 amount in controversy requirement.

### **Removal is Proper**

13. Pursuant to 28 U.S.C. § 1453, this Court has jurisdiction over class actions removed in accordance with 28 U.S.C. § 1446. As such, Jubilant is entitled to remove this matter to this Court.

14. Spokane County Superior Court lies with the Eastern District of Washington; therefore, removal to this District is proper. 28 U.S.C. § 1441(a).

15. Pursuant to 28 U.S.C. § 1446(d), contemporaneously with filing this Notice, Jubilant will provide Plaintiffs with written notice thereof and file a copy of this Notice with the Spokane County Superior Court Clerk.

16. Nothing in this Notice of Removal shall be construed or interpreted as a waiver or relinquishment of any defenses available to Jubilant. Nothing in this Notice of Removal shall be construed or interpreted as an admission of any allegations or assertions made by Plaintiffs. Jubilant reserves the right to assert all applicable claims and defenses in response to Plaintiffs' pleadings, as well as contest any assertions of law

DEFENDANT JUBILANT
HOLLISTERSTIER, LLC'S
NOTICE OF REMOVAL
(CLASS ACTION FAIRNESS ACT)
Page 9

ETTER, McMAHON, LAMBERSON,
VAN WERT & ORESKOVICH, P.C.
618 WEST RIVERSIDE AVENUE, SUITE 210
SPOKANE, WASHINGTON 99201   (509) 747-9100

1
2          or fact by Plaintiffs.

3
            The above-entitled action is hereby removed from the Spokane County
4
5    Superior Court to the United States District Court for the Eastern District of
6
7    Washington.
8
9                              DATED this 5th day of January 2023.
10
11
12                              By:   /s/ Ronald A. Van Wert
                                      Ronald A. Van Wert, WSBA #32050
13
14
15                              By:   /s/ Megan C. Clark
16                                    Megan C. Clark, WSBA #46505
17                                    *Attorneys for Defendant*
                                      618 W. Riverside Ave., Suite 210
18                                    Spokane, WA  99201
19                                    (509) 747-9100
                                      rvw@ettermcmahon.com
20                                    mclark@ettermcmahon.com
21
22
23
24
25
26
27
28
29
30
31
32

DEFENDANT JUBILANT                          ETTER, McMAHON, LAMBERSON,
HOLLISTERSTIER, LLC'S                       VAN WERT & ORESKOVICH, P.C.
NOTICE OF REMOVAL                           618 WEST RIVERSIDE AVENUE, SUITE 210
(CLASS ACTION FAIRNESS ACT)                 SPOKANE, WASHINGTON 99201   (509) 747-9100
Page 10

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
29
30
31
32

## **CERTIFICATE OF SERVICE**

I hereby certify and declare under penalty of perjury of the laws of the

United States and the State of Washington that on the 5th day of January 2023, I

electronically filed the foregoing document with the Clerk of the Court using the

CM/ECF System, which will send electronic service to those attorneys of record

registered on the CM/ECF System.   In addition, counsel of record has been

served a true and correct copy by electronic mail per an electronic service

agreement between the parties to the emails below:


Kammi Menke Smith
kms@winstoncashatt.com

Megan Livres
mel@winstoncashatt.com


Dated this 5th day of January 2023.

/s/Ronald A. Van Wert
Ronald A. Van Wert


DEFENDANT JUBILANT
HOLLISTERSTIER, LLC'S
NOTICE OF REMOVAL
(CLASS ACTION FAIRNESS ACT)
Page 11

ETTER, McMAHON, LAMBERSON,
VAN WERT & ORESKOVICH, P.C.
618 WEST RIVERSIDE AVENUE, SUITE 210
SPOKANE, WASHINGTON 99201    (509) 747-9100